No. 544, Misc. CHAPMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *John Paul Jones* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 545, Misc. WELSH *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 546, Misc. McCREARY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Acting Assistant Attorney General Foley* and *Beatrice Rosenberg* for the United States.

No. 547, Misc. ASHMON *v.* BANMILLER, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 548, Misc. BARKER ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 550, Misc. COLLINS *v.* KING, SUPERINTENDENT, CALIFORNIA MEDICAL FACILITY. Supreme Court of California. Certiorari denied.

No. 553, Misc. SCALES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.